REEDSTROM, Respondent v. EVENSON et al., Appellants

(145 N.W.2d 338)

(File No. 10309. Opinion filed October 5, 1966)

**Brady, Kabeiseman & Light,** Yankton, for defendants and appellants.

**James Doyle, Delvin N. J. Welter,** Yankton, for plaintiff and respondent.

PER CURIAM.

The appeal in the above matter was perfected on December 22, 1965. More than forty days have elapsed since that date and the record therein has not been settled. Pursuant to SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.